**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALICIA GORDON,<br><br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>In her official capacity as Acting<br>Commissioner, Social Security<br>Administration,<br><br>    Defendant | Civil Action No. 15-01028 (CKK/GMH) |

**MEMORANDUM OPINION**
(October 18, 2016)

On September 30, 2016, Magistrate Judge G. Michael Harvey's [19] Report and Recommendation was entered, and the parties were allowed 14 days to file objections to the recommendations made by the magistrate judge. No objections have been filed as of this date. Upon careful consideration of the record in this case and of Magistrate Judge Harvey's [19] Report and Recommendation, the Court ADOPTS and ACCEPTS the Report and Recommendation in full.

The Court shall GRANT Defendant's [15] Motion for Judgment of Affirmance and shall DENY Plaintiff's [14] Motion for Judgment of Reversal. The Court shall affirm the Commissioner's decision in this matter and this case shall be dismissed in its entirety.

An appropriate Order accompanies this Memorandum Opinion.

                                          /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge